**WILLIAMS v. WILLIAMS**

[339 N.C. 608 (1995)]

LIB WANDA WILLIAMS v. DONALD LEON WILLIAMS

No. 33A94

(Filed 10 February 1995)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 113 N.C. App. 226, 437 S.E.2d 884 (1994), affirming an order entered by Albright, J., on 2 July 1993, in Superior Court, Guilford County. Heard in the Supreme Court 13 January 1995.

*Central Carolina Legal Services, Inc., by Stanley B. Sprague, for plaintiff-appellant.*

*No brief filed for defendant-appellee.*

*Johnston, Taylor, Allison & Hord, by Paul A. Kohut and Bret P. Holmes, for SSR, Inc., d/b/a Charlotte Honda, Yamaha, Kawasaki, amicus curiae.*

PER CURIAM

AFFIRMED.